**DISMISS; and Opinion Filed September 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00031-CV

**JOY JACKSON-ATKINS, Appellant**
**V.**
**FREDERICK L. ATKINS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02571**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Joy Jackson-Atkins's brief was due August 5, 2014. When appellant failed to file her brief, we notified her, by postcard dated August 6, 2014, that the time had expired and directed her to file her brief along with an extension motion within ten days. We cautioned that the failure to file her brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of her brief or this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3 (b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140031F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOY JACKSON-ATKINS, Appellant

No. 05-14-00031-CV     V.

FREDERICK L. ATKINS, Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-02571.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee FREDERICK L. ATKINS recover his costs of this appeal, if any, from appellant JOY JACKSON-ATKINS.

Judgment entered this 29th day of September, 2014.